IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER CURTIS MOLES**  PLAINTIFF
ADC #119166

v.  CASE NO. 4:17-CV-00526 BSM

**RICKY SHOURD,**
**Sheriff, White County;** *et al.*  DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. [Doc. No. 5]. No objections have been filed. After careful consideration, the partial recommended disposition is adopted in its entirety. Accordingly, the following claims are dismissed: 1) failure to follow detention center policy concerning incident reports, 2) failure to answer or investigate grievances, 3) plaintiff's claim against defendant Cox regarding medical treatment, 4) plaintiff's claim against defendant Williams regarding conditions of confinement, and 5) all claims for injunctive relief. Defendants Cox and Williams are dismissed from this action without prejudice.

Plaintiff Moles is allowed to proceed on all other claims. Pursuant to 28 U.S.C. Section 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE